UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-04838 |
| Robert D Ratledge, Jr. | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| Katherine L Johnson | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO DISMISS FOR UNREASONABLE DELAY

This matter coming before the court on the trustee's motion to dismiss, IT IS HEREBY ORDERED:

1. The motion is granted.  The case is dismissed.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  November 21, 2024

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)